UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY TATE, | ) | Case No. CV 09-9237-DDP(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 1-28-10

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-9237.jud
12/18/09